**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00295-CV
_____

## LIVE OAK UNITS, LLC, ERIC DARNELL HOPKINS AND SHEILA A. TENISON, Appellants

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-41906**

## ORDER

The notice of appeal in this case was filed May 27, 2021. The clerk responsible for preparing the record notified this court that appellants have not made payment for the record. No evidence that appellants have established indigence has been filed. *See* Tex. R. Civ. P. 145. On June 14, 2021, this court notified appellants that the appeal was subject to dismissal unless appellants filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court that appellants have made arrangements to pay for the clerk's record on or before **August 25, 2021**. *See* Tex. R. App. P. 35.3(c). If appellants fail to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.